# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

JAMES RUBIN, *et al.*,

        Plaintiffs,

vs.

CITY OF MASSILLON,

        Defendant.

DATE: February 23, 2024

CASE NO. 5:23cv02324

MAGISTRATE JUDGE JONATHAN D GREENBERG

Plaintiff/Representative:

Plaintiffs' counsel:
Erin L. Dickinson
Mark J. Skakun, III

Defendant Representatives:

Defendant's counsel:
Gregory A. Beck

PROCEEDINGS: A status conference was conducted on February 23, 2024, with the above participants. The parties advised the Court they had reached a conditional settlement. The settlement is contingent on an event that may take up to four months to occur. Therefore, the Court administratively closes this case. Within four months from the date of this order, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order. The parties may request additional time for good cause, if necessary.

   5 minutes

Total Time

*s/ Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge